## 855 HALL ET AL. vs. CIRCUIT JUDGE (Wayne), No. 15853; 3 D. L. N.. 728; 69 N. W., 643.

To vacate an order appointing a receiver upon a preliminary inquiry on a bill filed under 3 How. Stat., 8749 o.

Held, that the order, if not an absolute nullity, was improvidently issued, but that the order is appealable and mandamus should not be resorted to in such cases. Citing Scott vs. Circuit Judge, 58 M., 314.

Denied January 5, 1897, without costs.